# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIV-04-1379-T |
| JOHN M. BARRETT; | ) | |
| JULIE A. BARRETT; | ) | |
| POTTAWATOMIE COUNTY TREASURER; | ) | |
| BOARD OF COUNTY COMMISSIONERS | ) | |
| OF POTTAWATOMIE COUNTY; | ) | |
|     Defendant(s). | ) | |

## ORDER CONFIRMING UNITED STATES MARSHAL'S SALE

On motion of the Plaintiff to confirm the United States Marshal's sale of real estate, the Court finds:

1. Pursuant to the foreclosure Judgment of this Court, the Clerk issued to the United States Marshal a Special Execution and Order of Sale for the following real estate:

   A tract of land lying in the Northeast Quarter of the Northwest Quarter (NE/4 NW/4) of Section 20, Township 10 North, Range 5 East of the Indian Meridian, Pottawatomie County, Oklahoma, and further described as commencing at the Northwest corner of said NE/4 NW/4; thence N89° 24'06" E along the North line of said NE/4 NW/4 for a distance of 507.09 feet; thence S00° 05'56" E for a distance of 492.03 feet to the point of beginning; thence N89° 24'06" E for a distance of 255.47 feet; thence S 04° 20'08" E for a distance of 234.85 feet; thence S 56° 08'15" W for a distance of 191.02 feet; thence N00° 05'56" W for a distance of 121.82 feet to the point of beginning.

2. As reflected in the Marshal's Return, the execution, appraisal, notice of sale, and sale conformed to the law.

3. The Marshal sold the property on June 6, 2005, at public auction in accordance with the notice to the highest bidder, Arthur W. and Kayron Devereaux for the sum of $61,000.00, cash.

4. No one filed an objection to the sale, and no one appeared to object at the confirmation hearing.

BY THIS ORDER, the Court approves and confirms the United States Marshal's execution, appraisal, publication, notice and sale in this matter. The Court further orders the United States Marshal to execute and deliver to the purchaser, Arthur W. and Kayron Devereaux, a Marshal's Deed for the real estate sold.

IT IS FURTHER ORDERED that the United States Marshal pay the following sums:

1. The sum of $61,000.00 to the United States of America, for payment towards its foreclosure judgment.

IT IS FURTHER ORDERED that Arthur W. and Kayron Devereaux immediately take possession of the property. If necessary, the Clerk of this Court shall issue a Writ of Assistance to the United States Marshal directing the Marshal to place Arthur W. and Kayron Devereaux in full possession. Refusal of anyone in possession of the property to deliver immediate possession of it to Arthur W. and Kayron Devereaux shall constitute indirect contempt of this Court.

Dated  July 7,  , 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

APPROVED:
ROBERT G. McCAMPBELL
United States Attorney
/s/ Kay Sewell
KAY SEWELL
Assistant U.S. Attorney
210 W. Park Ave, Suite 400
Oklahoma City, OK 73102
(405) 553-8807 - Office

(405) 553-8885 - Fax